MARIE F. O'REILLY, Respondent, v. OLIN J. STEPHENS, Appellant.

APPEAL from a judgment of the Municipal Court of the city of New York, seventh district, borough of Manhattan.

Arthur Knox, for appellant.

Maurice Meyer, for respondent.

*Per Curiam.* We do not think that the circumstances adverted to by the defendant's counsel, respecting the conduct of the trial, justify the criticism made by him. They certainly cannot be said to have operated to the prejudice of his client, in view of the fact that plaintiff's evidence, respecting the defendant's liability, is absolutely without contradiction.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment affirmed, with costs.